# United States Bankruptcy Court
## Middle District of Alabama

| | |
|---|---|
| In re __Dorothy Jean Wilson__ | Case No. __21-31328__ |
| Debtor(s) | Chapter __13__ |

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name: **INGRAM & ASSOCIATES   (WRONG INGRAM WAS SERVED)**

Address: **1900 28TH AVENUE S., STE. 105**
**BIRMINGHAM, AL 35209-2627**

**Please be advised that effective  9-17-2021 ,**
**The Creditor's  new mailing address is:**

Name: **ANGIE DENISE HUBBARD INGRAM**

Address: **ATTORNEY AT LAW**
**PO BOX 242788**
**MONTGOMERY, AL 36124-2788**

**/s/ Mary Conner Pool**
**Attorney for Debtor**
**PO Box 4479**
**Montgomery, AL 36103**
**Phone: 334-264-3363**
**Fax: 334-230-5406**
**mpool@bondnbotes.com**