The relief described hereinbelow is SO ORDERED

Done this 4th of April, 2022

Christopher L. Hawkins
United States Bankruptcy
Judge



_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE
**DOROTHY JEAN WILSON**  Case No. 21-31328
    **Debtor**

**Consent Order Granting Relief from Automatic Stay**

    This matter having come before the Court upon notice and hearing on the Motion for Relief from Stay with waiver of Rule 4001(a)(3) filed by JOEY CRAMPTON, and the attorney for the debtor having announced the debtor has no defense, it is hereby ORDERED as follows:

1.    In accordance with the agreement reached by all parties involved, the Motion for Relief from Stay filed by the creditor is **GRANTED**.

2.    The creditor may proceed to enforce the contract pertaining to possession of the property in question.

3.    The automatic stay of execution pursuant to Rule 4001(a)(3) is waived.

**###END OF ORDER###**

Order drafted by


Larry Darby
Darby Law Firm, LLC
P. O. Box 3905
Montgomery, AL 36109
334.356.3593
Bankruptcy@AlabamaEvictions.com

Consented to by


/s/Larry E. Darby
Larry E. Darby
Attorney for Creditor
P. O. Box 3905
Montgomery, AL 36109
Bankruptcy@AlabamaEvictions.com


/s/ Mary Conner Pool
Attorney for Debtor
PO Box 4479
Montgomery, Al 36103
mpool@bondnbotes.com


/s/Sabrina L. McKinney
Sabrina L. McKinney
Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.org